# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL D. COULSON, | : | |
| Plaintiff, | : | CASE NO. 3:15-CV-0459 |
| | : | |
| v. | : | |
| | : | (JUDGE NEALON) |
| SUPERINTENDENT VINCENT MOONEY, ET AL., | : | |
| Defendants | : | |

## ORDER

**NOW, THIS 11TH DAY OF MARCH, 2015,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 2), is **GRANTED** for the sole purpose of filing the complaint in the above-captioned action;

2. The complaint, (Doc. 1), is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2); and

3. The Clerk of Courts is directed to **CLOSE** this matter.

/s/ William J. Nealon
**United States District Judge**